UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

USE OF ELECTRONIC DEVICE
AUTHORIZATION                                              CASE NO. 8:23-mc-1
_____/

**ORDER**

Adam Poe will be a guest of the undersigned on 15B on Monday, April 3, 2023. Because he may want to bring a cellular telephone into the courthouse, it is

**ORDERED**:

**Adam Poe** may bring a cellular telephone into the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, Florida on April 3, 2023. The device is subject to inspection and exclusion, at their sole discretion and at any time, by security personnel. You must bring photo identification, such as a driver's license, to present to the security officers upon entry.

**DONE AND ORDERED** at Tampa, Florida, on March 30, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
United States Marshals Service
Court Security Officers