# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE:

USE OF ELECTRONIC DEVICE
AVTHORIZATION                                              CASE NO. 8:23-mc-1
_____/

## ORDER

Veronica Ford will be the guest of the undersigned on Friday, July 14, 2023. Because she may want to bring her cellular telephone into the courthouse and specifically Chambers 15B, it is **ORDERED**:

**Veronica Ford** may bring a cellular telephone into the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, Florida on July 14, 2023. The device is subject to inspection and exclusion by security personnel at their sole discretion and at any time. Guests are reminded to bring photo identification such as a driver's license.

**DONE AND ORDERED** at Tampa, Florida, on July 7, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
United States Marshals Service
Court Security Officers